IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUZANNE BOELTER, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br> -against-<br><br>ADVANCE MAGAZINE PUBLISHERS, INC., d/b/a CONDÉ NAST<br><br>        Defendant. | Case No. 1:15-cv-05671-NRB<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION TO DISMISS THE COMPLAINT**

  PLEASE TAKE NOTICE that, upon the accompanying memorandum of Law in Support of Defendant's Motion to Dismiss the Complaint, and all the pleadings and proceedings herein, Defendant Advance Magazine Publishers, Inc., d/b/a Condé Nast, through its undersigned counsel, hereby move this Court before the Honorable Naomi R. Buchwald, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl St., Courtroom 21A, New York, New York 10007-1312, at a date and time as the Court may direct, for an order, pursuant to Rules 12(b)(1) and (b)(6) of the Federal Rules of Civil Procedure, dismissing the complaint in the above-referenced action with prejudice, and for other and further relief as this Court may deem just and proper

Dated: October 2, 2015
    New York, NY

                    /s/ Sandra D. Hauser
                   Sandra D. Hauser
                   DENTONS US LLP
                   1221 Avenue of the Americas
                   New York, New York 10020
                   Tel: (212) 768-6700
                   Fax: (212) 768-6800
                   sandra.hauser@dentons.com

Natalie J. Spears, *Pro Hac Vice*
Kristen C. Rodriguez, *Pro Hac Vice*
DENTONS US LLP
233 S. Wacker Dr., Ste. 5900
Chicago, Illinois 60606
Tel:  (312) 876-8000
Fax:  (312) 876-7934
natalie.spears@dentons.com
kristen.rodriguez@dentons.com

*Counsel for Defendant Advance Magazine Publishers, Inc. d/b/a Condé Nast*