**MEMO ENDORSED**

# BURSOR & FISHER
P.A

888 SEVENTH AVENUE
NEW YORK, NY 10019
www.bursor.com

JOSEPH I. MARCHESE
Tel 646.837.7410
Fax. 212.989.9163
jmarchese@bursor.com

October 15, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/15

*Via ECF:*

The Honorable Naomi Reice Buchwald
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Boelter v. Advance Magazine Publishers Inc.*, Case No. 15-cv-05671-NRB (S.D.N.Y.)

Dear Judge Buchwald:

My firm represents Plaintiff Suzanne Boelter ("Plaintiff") in the above-referenced action. I write to request the Court's permission for the Parties to file memoranda of law exceeding Your Honor's page limitations. The Parties have agreed upon the following, which we now request the Court so-order:

- Plaintiff's Opposition to Defendant's Motion to Dismiss will not exceed 30 pages
- Defendant's Reply In Support of its Motion to Dismiss will not exceed 15 pages

The Parties respectively request these extensions in light of the complexities of this action. Of course, the Parties intend to be as succinct as possible in their respective memoranda.

*Application granted.*
*Naomi Reice Buchwald, USDJ*
*10/15/15*

Very truly yours,

Joseph I. Marchese

CC:   All counsel of record (via ECF)