MICHIGAN LEGISLATURE(www.legislature.mi.gov)
Printed on Tuesday, May 3, 2016
Michigan Compiled Laws Complete Through PA 85 of 2016

# Senate Bill 0490 (2015) rss

**Public Act 92 of 2016** Find this PA in the MCL

## Sponsor
Tonya Schuitmaker
(click name to see bills sponsored by that person)

## Categories
Trade: business practices; Trade: fair trade practices; Trade: data security; Consumer protection: privacy;

Trade; business practices; video rental privacy statute; modify. Amends secs. 1, 3, 4 & 5 of 1988 PA 378 (MCL 445.1711 et seq.).

## Bill Documents
Bill Document Formatting Information
[x]
The following bill formatting applies to the 2015-2016 session:
- New language in an amendatory bill will be shown in **BOLD AND UPPERCASE.**
- Language to be removed will be ~~stricken~~.
- Amendments made by the House will be blue with square brackets, such as: [House amended text].
- Amendments made by the Senate will be red with double greater/lesser than symbols, such as: <<Senate amended text>>.
(gray icons indicate that the action did not occur or that the document is not available)

### Documents


**Senate Introduced Bill**
Introduced bills appear as they were introduced and reflect no subsequent amendments or changes.


**As Passed by the Senate**
As Passed by the Senate is the bill, as introduced, that includes any adopted Senate amendments.


**As Passed by the House**
As Passed by the House is the bill, as received from the Senate, that includes any adopted House amendments.


**Senate Concurred Bill**
Concurred bill is the version passed in identical form by both houses of the Legislature, issued prior to availability of the Enrolled bill.


**Senate Enrolled Bill**
Enrolled bill is the version passed in identical form by both houses of the Legislature.

## Bill Analysis
### House Fiscal Agency Analysis


**Revised Summary As Introduced (2/12/2016)**
This document analyzes: SB490


**Summary as Reported From House Committee (3/3/2016)**
This document analyzes: SB490

### Senate Fiscal Analysis
**SUMMARY OF INTRODUCED BILL IN COMMITTEE (Date Completed: 12-**

 **1-15)**
This document analyzes: SB0490

 **SUMMARY OF SUBSTITUTE BILL IN COMMITTEE (Date Completed: 12-8-15)**
This document analyzes: SB0490

 **SUMMARY OF BILL REPORTED FROM COMMITTEE (Date Completed: 12-10-15)**
This document analyzes: SB0490

## History

(House actions in lowercase, Senate actions in UPPERCASE)

| Date | Journal | Action |
|---|---|---|
| 9/10/2015 | SJ 81 Pg. 1452 | INTRODUCED BY SENATOR TONYA SCHUITMAKER |
| 9/10/2015 | SJ 81 Pg. 1452 | REFERRED TO COMMITTEE ON COMMERCE |
| 12/10/2015 | SJ 109 Pg. 1989 | REPORTED FAVORABLY WITH SUBSTITUTE S-1 |
| 12/10/2015 | SJ 109 Pg. 1989 | COMMITTEE RECOMMENDED IMMEDIATE EFFECT |
| 12/10/2015 | SJ 109 Pg. 1989 | REFERRED TO COMMITTEE OF THE WHOLE WITH SUBSTITUTE S-1 |
| 12/15/2015 | SJ 110 Pg. 2008 | REPORTED BY COMMITTEE OF THE WHOLE FAVORABLY WITH SUBSTITUTE S-1 |
| 12/15/2015 | SJ 110 Pg. 2008 | SUBSTITUTE S-1 CONCURRED IN |
| 12/15/2015 | SJ 110 Pg. 2008 | PLACED ON ORDER OF THIRD READING WITH SUBSTITUTE S-1 |
| 12/15/2015 | SJ 110 Pg. 2015 | RULES SUSPENDED |
| 12/15/2015 | SJ 110 Pg. 2015 | PLACED ON IMMEDIATE PASSAGE |
| 12/15/2015 | SJ 110 Pg. 2025 | PASSED ROLL CALL # 611 YEAS 38 NAYS 0 EXCUSED 0 NOT VOTING 0 |
| 12/15/2015 | HJ 101 Pg. 2196 | received on 12/15/2015 |
| 12/16/2015 | HJ 102 Pg. 2215 | read a first time |
| 12/16/2015 | HJ 102 Pg. 2215 | referred to Committee on Commerce and Trade |
| 2/23/2016 | HJ 18 Pg. 254 | reported with recommendation with substitute H-1 |
| 2/23/2016 | HJ 18 Pg. 254 | referred to second reading |
| 3/3/2016 | HJ 22 Pg. 325 | read a second time |
| 3/3/2016 | HJ 22 Pg. 325 | substitute H-1 adopted |
| 3/3/2016 | HJ 22 Pg. 325 | placed on third reading |
| 3/24/2016 | HJ 31 Pg. 492 | read a third time |
| 3/24/2016 | HJ 31 Pg. 492 | substitute H-2 adopted |
| 3/24/2016 | HJ 31 Pg. 492 | passed; given immediate effect Roll Call # 147 Yeas 59 Nays 49 |
| 3/24/2016 | HJ 31 Pg. 492 | returned to Senate |
| 4/12/2016 | SJ 33 Pg. 469 | AMENDMENT(S) DEFEATED |
| 4/12/2016 | SJ 33 Pg. 469 | HOUSE SUBSTITUTE H-2 CONCURRED IN |
| 4/12/2016 | SJ 33 Pg. 469 | ROLL CALL # 161 YEAS 28 NAYS 8 EXCUSED 1 NOT VOTING 0 |
| 4/12/2016 | SJ 33 Pg. 469 | GIVEN IMMEDIATE EFFECT |
| 4/12/2016 | SJ 33 Pg. 469 | ORDERED ENROLLED |
| 4/19/2016 | SJ 36 Pg. 518 | PRESENTED TO GOVERNOR 4/18/2016 @ 3:28 PM |
| 5/3/2016 | Expected in SJ 42 | APPROVED BY GOVERNOR 5/2/2016 @ 12:00 PM |
| 5/3/2016 | Expected in SJ 42 | FILED WITH SECRETARY OF STATE 5/2/2016 @ 1:00 PM |
| 5/3/2016 | Expected in SJ 42 | ASSIGNED PA 0092'16 WITH IMMEDIATE EFFECT |

The Michigan Legislature Website is a free service of the Legislative Internet Technology Team in cooperation with the Michigan Legislative Council, the Michigan House of Representatives, and the Michigan Senate.  The information obtained from this site is not intended to replace official versions of that information and is subject to revision. The Legislature presents this information, without warranties, express or implied, regarding the accuracy of the information, timeliness, or completeness. If you believe the information is inaccurate, out-of-date, or incomplete or if you have problems accessing or reading the information, please send your concerns to the appropriate agency using the online Comment Form in the bar above this text.