UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH MOELLER, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>ADVANCE MAGAZINE PUBLISHERS, INC. d/b/a CONDÉ NAST,<br><br>      Defendant. | Civil Action No. 15-cv-05671-NRB |

### NOTICE OF MOTION FOR ATTORNEYS' FEES, COSTS, EXPENSES, AND INCENTIVE AWARD

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that on February 28, 2019 at 11:00 a.m. before the Honorable Naomi Reice Buchwald, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York 10007, Plaintiff Elizabeth Moeller, by and through Class Counsel, will move and hereby does move for an order (1) approving the payment of attorneys' fees in the amount of one-third of the settlement fund, (2) approving reimbursement of costs and expenses in the amount of $33,084.46, (3) granting Ms. Moeller an incentive award of $10,000 in recognition of her efforts on behalf of the class, and (4) awarding such other and further relief as the Court deems reasonable and just.

  **PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiff will rely upon the accompanying memorandum of law in support, the Declaration of Elizabeth Moeller, and the Declaration of Joseph I. Marchese, with annexed exhibits.

Dated:  December 20, 2018

Respectfully submitted,

By:   */s/ Joseph I. Marchese*
         Joseph I. Marchese

**BURSOR & FISHER, P.A.**
Scott A. Bursor
Joseph I. Marchese
Philip L. Fraietta
888 Seventh Avenue
New York, NY 10019
Telephone:  (646) 837-7150
Facsimile:  (212) 989-9163
Email:  scott@bursor.com
          jmarchese@bursor.com
          pfraietta@bursor.com

*Class Counsel*