UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH MOELLER, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>ADVANCE MAGAZINE PUBLISHERS, INC. d/b/a CONDÈ NAST,<br><br>            Defendant. | Civil Action No. 15-cv-05671-NRB |

**NOTICE OF MOTION FOR FINAL APPROVAL OF**
**CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 28, 2019 at 11:00 a.m. before the Honorable Naomi Reice Buchwald, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York 10007, Plaintiff Elizabeth Moeller, by and through Class Counsel will move and hereby does move for an order: (1) finally approving the Class Action Settlement, and (2) certifying the Settlement Class.

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiff will rely upon: (1) the accompanying Memorandum of Law, (2) the Declaration of Joseph I. Marchese, and the exhibits attached thereto (including the Parties' Class Action Settlement Agreement), and (3) the Declaration of Jennifer M. Keough, and the exhibits attached thereto.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests oral argument.

* * *

A Proposed Final Judgment and Order of Dismissal with Prejudice is submitted herewith.

Dated:  February 11, 2019

                Respectfully submitted,

By:   */s/ Joseph I. Marchese*
      Joseph I. Marchese

**BURSOR & FISHER, P.A.**
Scott A. Bursor
Joseph I. Marchese
Philip L. Fraietta
888 Seventh Avenue
New York, NY 10019
Telephone:  (646) 837-7150
Facsimile:  (212) 989-9163
Email:  scott@bursor.com
       jmarchese@bursor.com
       pfraietta@bursor.com

*Class Counsel*